IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VERTEX PHARMACEUTICALS INCORPORATED | ) ) ) | |
| v. | ) ) ) ) | Civil Action No. |
| LUPIN LIMITED and LUPIN PHARMACEUTICALS, INC. | | |

**SUPPLEMENTAL INFORMATION FOR PATENT CASES
INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)**

Plaintiff(s) hereby provide(s) the information below with respect to the deadlines set forth in 21 U.S.C. 355(j):

Date Patentee(s) Received Notice: February 28, 2024

Date of Expiration of Patent: February 27, 2033

Thirty Month Stay Deadline: N/A

| | |
|---|---|
| 4/11/2024 | /s/ Derek J. Fahnestock |
| Date | Attorney(s) for Plaintiff |